IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

UNITED STATES OF AMERICA                                         PLAINTIFF/RESPONDENT

v.                              Civil No. 05-5176
                                Crim. No. 04-50016-001

DEMETRIO GARCIA                                                     DEFENDANT/MOVANT

## MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Demetrio Garcia, a federal inmate, bought this motion under 28 U.S.C. § 2255 to vacate, set aside or correct sentence. Garcia challenged his guilty plea and sentence and asserted he was denied an appeal. A hearing was scheduled for May 16, 2006, at 1:00 p.m. in Fayetteville.

At the hearing, the parties appeared as did several witnesses. Prior to any evidence being taken, Garcia's appointed attorney, Mauricio A. Herrera, announced on the record that Garcia wished to withdraw his motion. Garcia was asked about the matter in some detail by the undersigned and was told that the dismissal of the action would be with prejudice and that he could not refile it. Garcia confirmed that he desired to drop his § 2255 motion.

Accordingly, I recommend that the instant action be dismissed with prejudice. **The parties have ten days from receipt of this report and recommendation in which to file written objections pursuant to 28 U.S.C. § 636(b)(1). The failure to file timely objections may result in waiver of the right to appeal questions of fact. The parties are reminded that objections must be both timely and specific to trigger *de novo* review by the district court.**

DATED this 17th day of May 2006.

                                          /s/Beverly Stites Jones
                                        HON. BEVERLY STITES JONES
                                        UNITED STATES MAGISTRATE JUDGE