**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF ARKANSAS**
**FAYETTEVILLE DIVISION**

**UNITED STATES OF AMERICA**                                              **PLAINTIFF**

**v.**                         **Civil No. 05-5176**
                           **Crim. No. 04-50016-001**

**DEMETRIO GARCIA**                                                   **DEFENDANT**

### O R D E R

Now on this 7th day of June, 2006, comes on for consideration the **Magistrate Judge's Report and Recommendation** (document #2), in this matter, to which no objections have been made, and the Court, having carefully reviewed said Report and Recommendation, finds that it is sound in all respects, and that it should be adopted *in toto*.

**IT IS THEREFORE ORDERED** that the **Magistrate Judge's Report and Recommendation is adopted *in toto*.**

**IT IS FURTHER ORDERED** that, for the reasons stated in the Magistrate Judge's Report and Recommendation, plaintiff's case is hereby **dismissed with prejudice.**

**IT IS SO ORDERED.**

                                                   **/s/Jimm Larry Hendren**
                                                   **HON. JIMM LARRY HENDREN**
                                                   **UNITED STATES DISTRICT JUDGE**